IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA A. SOWINSKI,<br>   on behalf of herself and all others<br>   similarly situated,<br><br>       Plaintiff<br><br>v.<br><br>PINNACLE FOODS GROUPS, LLC,<br>   d/b/a SNYDER OF BERLIN<br><br>       Defendant. | Civil Action No. 2:12-1067<br><br>Judge Gary L. Lancaster<br><br>Electronically Filed |

## ORDER

AND NOW, upon review of the Parties' Joint Motion for Approval of Settlement Agreement, the Court hereby **APPROVES** the settlement pursuant to 29 U.S.C. 201 et seq., and **ORDERS** that this case be dismissed with prejudice, each Party to bear its own fees and costs.

Date: 2/6/13

_____
Gary L. Lancaster, USDJ